00–2336.  State ex rel. Georgeoff v. Heck.
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.